Matter of Gregoire v Baptiste (2024 NY Slip Op 02051)

Matter of Gregoire v Baptiste

2024 NY Slip Op 02051

Decided on April 17, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 17, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LARA J. GENOVESI
LILLIAN WAN
JANICE A. TAYLOR, JJ.

2022-05290
 (Docket No. V-31266-16/22A)

[*1]In the Matter of Erick Gregoire, appellant, 
v
Darline Baptiste, respondent. Erick Gregoire, Bayshore, NY, appellant pro se.

Liberty Aldrich, Brooklyn, NY (Janet Neustaetter, Rachel J. Stanton, and Beverly Gertler of counsel), attorney for the child.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 6, the father appeals from an order of the Family Court, Kings County (Lisa J. Friederwitzer, J.), dated June 17, 2022. The order dismissed, without a hearing, the father's petition to enforce the parental access provisions of an order of the same court (Amanda E. White, J.) dated April 20, 2017.
ORDERED that the appeal is dismissed as academic, without costs or disbursements.
The subject child has reached the age of 18 and is no longer subject to the custody and parental access provisions of an order dated April 20, 2017 (see Family Ct Act § 119[c]; Matter of Jermaine T. [Jairam T.], 193 AD3d 943, 945; Matter of Chana J.A. v Barry S., 135 AD3d 743, 743). Therefore, the appeal from the order must be dismissed as academic.
DILLON, J.P., GENOVESI, WAN and TAYLOR, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court